

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| TRINITY DRYWALL SYSTEMS, LLC., | § | No. 08-12-00041-CV |
| Appellant, | § | Appeal from the |
| v. | § | 67th District Court |
| TOKA GENERAL CONTRACTORS, LTD., AND VINEYARD VILLAGE, MSV, LLC, | § | of Tarrant County, Texas |
| | § | (TC#67-240386-09) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in that part of the judgment granting Appellee Vineyard Village, MSV, LLC's counterclaim for a declaratory judgment and awarding it attorney's fees. We therefore reverse that part of the judgment and render judgment that Vineyard Village, MSV, LLC's declaratory judgment is denied, and remand the cause to the trial court to reconsider the issue of attorney's fees, and for further proceedings consistent with this opinion. The judgment of the trial court is affirmed as to Appellee TOKA General Contractors, Ltd.

We further order that Appellant recover from Appellee Vineyard Village, MSV, LLC, the appellate costs incurred by Appellant, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 6TH DAY OF NOVEMBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.